Exhibit 1

## 001 jiangxishengwuyuenongzhuang

3/25/26, 12:14 PM Amazon.com: Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch : Ho...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



### Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch

Brand: TFERQH
Search this page

$7.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **tin sign8**

$7.99 | $7.99 | $7.99 | $7.99 | $7.99 | $7.99

Size: **12x8 inch**

- Size:12"x8"Aluminum Sign Indoor Or Outdoor
- Easy To Hang Art: This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Classic Vintage Decor: These Retro Collectible Tin Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar, Restaurant, Dorm, Man Cave Or Garage!
- Ideal For: The Metal Sign Is A Perfect Piece To Decorate To Your Home Beer Bar Canteen Coffee House, And As A Gift For The Person You Love.
- Quality Service: We Provide Quality After-Sale Refund And Return Service. If You Have Questions About Our Products, Please Contact Us In Time And We Will Answer Them As Soon As Possible.

› See more product details

Report an issue with this product or seller

one medical **Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly

$7.99
$4.99 delivery **April 6 - 15**. Details
Deliver to oO - Chicago 60604
**Only 10 left in stock - order soon.**
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: jiangxishengwuyuenongzhuang
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/25/26, 12:15 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**



Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch
**$7.99**
Ships from jiangxishengwuyuenongzhuang
Sold by jiangxishengwuyuenongzhuang
1
Gift options not available

**Monday, Apr 6 - Wednesday, Apr 15**
$4.99 - Delivery

Place your order **Order total: $13.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

# VA 2-476-707



# 002 湖户权家电

3/25/26, 12:36 PM Amazon.com: Vintage Aluminum Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro ...

amazon Deliver to oO Chicago 60604 | All | Never Underestimate an Old Women Science Poster | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Aluminum Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro Wall Decor Poster for Home Hotel Cafes Sign Gift Aluminum Sign 8x12 Inch

Brand: CZHHHW

Search this page

$5.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$5.99

$6.88 delivery **April 6 - 15.** Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller 湖户权家电

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Add to Auto Buy

**4 stars and above** Sponsored

Page 1 of 14



3/25/26, 12:37 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

**Paying with Mastercard**[redacted]
Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days
Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**



Vintage Aluminum Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro Wall Decor Poster For Home Hotel Cafes Sign Gift Aluminum Sign 8x12 Inch
**$5.99**
Ships from 湖户权家电
Sold by 湖户权家电

1

Gift options not available

**Monday, Apr 6 - Wednesday, Apr 15**
$6.88 - Delivery

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

Place your order

**Order total: $13.48**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

# VA 2-476-707



# 003 ZhengDuoJiChuGongCheng

07/04/2026, 18:28 Amazon.com: Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch : Hom…

amazon | Deliver to Oo-Oo Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Oo-Oo Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Audible | Household, Health & Baby Care | Pet Supplies | Beauty & Personal Care | Buy Again | Pharmacy | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved smartphones

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch

Brand: TFERQH

Search this page

$7.99

Price history

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

Size: **12x8 inch**

Color: **tin sign8**

- Size:12"x8"Aluminum Sign Indoor Or Outdoor
- Easy To Hang Art: This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Classic Vintage Decor: These Retro Collectible Tin Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar, Restaurant, Dorm, Man Cave Or Garage!
- Ideal For: The Metal Sign Is A Perfect Piece To Decorate To Your Home Beer Bar Canteen Coffee House, And As A Gift For The Person You Love.
- Quality Service: We Provide Quality After-Sale Refund And Return Service. If You Have Questions About Our Products, Please Contact Us In Time And We Will Answer Them As Soon As Possible.

› See more product details

Report an issue with this product or seller

$7.99

$4.99 delivery **April 17 - 28.** Details

Deliver to Oo-Oo - Chicago 60604

**Only 6 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: ZhengDuoJiChuGongCheng

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

Ask Rufus

Is this suitable for outdoor use? | What mounting hardware is included?

07/04/2026, 18:28 Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to Oo-Oo** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

**Oo-Oo, we're giving you a 7-day trial of Prime for only $1.99**

Free delivery, award-winning TV, exclusive deals, and more

Join Prime

**Arriving Apr 17, 2026 - Apr 28, 2026**



Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch

**$7.99**

Ships from ZhengDuoJiChuGongCheng

Sold by ZhengDuoJiChuGongCheng

1

Gift options not available

**Friday, Apr 17 - Tuesday, Apr 28**

$4.99 - Delivery

Order total: $13.90

Oo-Oo, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & hand

Estimated tax to

**Order tota**

# VA 2-476-707



# 004 xiaoweiss

3/25/26, 12:17 PM Amazon.com: Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

shopbop LE BOP's Spring arrivals Shop now ›

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch

Brand: SAEWWNG

Search this page

$6.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

one medical **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$6.99

$5 delivery **April 2 - 8**. Details

Deliver to oO - Chicago 60604

Only 5 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: xiaoweiss

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

**Products related to this item** Sponsored

Page 1 of 58



3/25/26, 12:18 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 2, 2026 - Apr 8, 2026**



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch

**$6.99**

Ships from xiaoweiss

Sold by xiaoweiss

1

Gift options not available

**Thursday, Apr 2 - Wednesday, Apr 8**

$5.00 - Delivery

Place your order **Order total: $12.71**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

**Order total:**

# VA 2-476-707



005 yuyuuu







VA 2-476-707



006 lixinxianyuanshengzhongzhijiating

3/25/26, 12:26 PM Amazon.com: Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho…




3/25/26, 12:27 PM Place Your Order - Amazon Checkout




VA 2-476-707



## 007 dingyuanxianshunyongzhongyangzhijiatingnongchang

3/25/26, 12:30 PM Amazon.com: Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho…

amazon | Deliver to oO Chicago 60604 | All | Never Underestimate an Old Women Science Poster | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 inch

Brand: SFVIKG
Search this page

$8.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

One Medical | **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$8.99

$4.99 delivery March 27 - 31. Details

Or fastest delivery Thursday, March 26. Order within 30 mins. Details

Deliver to oO - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Ships from / Seller: dingyuanxianshunyongzhongyangzhijiatingnongchang

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

4 stars and above Sponsored | Page 1 of 16




3/25/26, 12:30 PM Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to oO** | Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] | Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Mar 27, 2026 - Mar 31, 2026**



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 inch
$8.99
Ships from
dingyuanxianshunyongzhongyangzhijiatingnongchang
Sold by
dingyuanxianshunyongzhongyangzhijiatingnongchang

1

Gift options not available

◉ Friday, Mar 27 - Tuesday, Mar 31 — $4.99 - Delivery
○ Thursday, Mar 26 - Friday, Mar 27 — $6.99 - Delivery
○ Thursday, Mar 26 — $10.99 - Delivery

Place your order | **Order total: $14.90**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $8.99
Shipping & handling:
Estimated tax to be collected:
**Order total:**

# VA 2-476-707



# 008 Jebiion

3/25/26, 12:42 PM Amazon.com: Never Underestimate an Old Women Loves Science Metal Sign 12×8 Inches - Rust Free Aluminum, Weather Resis…

amazon Deliver to oO Chicago 60604 | All | Never Underestimate an Old Women Loves Science tin sign | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Never Underestimate an Old Women Loves Science Metal Sign 12×8 Inches - Rust Free Aluminum, Weather Resistant, Pre-Drilled Holes, Home Hotel Cafe Science Lover Empowerment Wall Decor Gift Sign

Brand: Zessdacu
Search this page

$6.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee

- Crafted from high-quality metal, this 8"x12" (20x30 cm) tin sign is built to last. It resists bending, rust, and fading, ensuring long-lasting vibrancy. The eco-friendly material is harmless and recyclable, making it a sturdy and sustainable choice for your space.
- Designed for simple installation, this lightweight metal plaque features four pre-drilled corners for easy hanging on any surface. No adhesives or special tools are needed. Rounded corners ensure safe handling, allowing you to display it securely in any location.
- This eye-catching metal art piece serves as an attractive decor addition for a wide range of indoor settings. It is ideal for enhancing your home, kitchen, office, bar, restaurant, cafe, or game room, adding character and charm to your walls.
- A perfect present for yourself or someone else, this well-designed sign makes a memorable gift for many occasions. Select a design from our store that matches their interests to create a unique and thoughtful token of appreciation.
- We are committed to your complete satisfaction and back our products with a customer-friendly refund and return policy. If you have any questions, our support team is ready to assist you. Add to your cart today with confidence!

Report an issue with this product or seller

one medical | Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies,

$6.99

$4.48 delivery April 8 - 17. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Jebiion

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

3/25/26, 12:43 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 8, 2026 - Apr 17, 2026**



Never Underestimate an Old Women Loves Science Metal Sign 12×8 Inches - Rust Free Aluminum, Weather Resistant, Pre-Drilled Holes, Home Hotel Cafe Science Lover Empowerment Wall Decor Gift Sign
$6.99
Ships from Jebiion
Sold by Jebiion

1 +

Gift options not available

◉ Wednesday, Apr 8 - Friday, Apr 17
$4.48 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
Order total:

Place your order **Order total: $12.19**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

VA 2-476-707



009 caiyangyang44

07/04/2026, 18:21 Amazon.com: Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho...

amazon prime | Deliver to O-O Chicago 60604 | All | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science | EN | Hello, O-O Account & Lists | Returns & Orders | 0 Cart

All | 3 Hour Delivery | Amazon Haul | Medical Care | Books | Buy Again | Audible | Household, Health & Baby Care | Pet Supplies | Beauty & Personal Care | Browsing History | Handmade | Subscribe & Save

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved cameras

prime **Save $6.99 on shipping**
Get free Same-Day, One-Day or Two-Day Delivery on millions of items

Home & Kitchen › Home Decor Products › Home Decor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch
Brand: XYHTJDK
Search this page

$7.99
Price history

Get a $150 Gift Card instantly: Pay $0.00 upon approval for Prime Visa. No annual fee.

Report an issue with this product or seller

$7.99
$3.98 delivery April 17 - 28. Details
Deliver to O-O - Chicago 60604
Only 18 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller caiyangyang44
Returns 30-day refund/replacement
Customer service Amazon
See more
Add to Auto Buy
Add to List

07/04/2026, 18:24 Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to Oo-Oo** Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Visa** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
Oo-Oo, we're giving you a 7-day trial of Prime for only $1.99 Join Prime
Free delivery, award-winning TV, exclusive deals, and more

**Arriving Apr 17, 2026 - Apr 28, 2026**



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch
$7.99
Ships from caiyangyang44
Sold by caiyangyang44
1
Gift options not available

Friday, Apr 17 - Tuesday, Apr 28
$3.98 - Delivery

Oo-Oo, enjoy a 7-day trial of Prime for only $1.99!
Join Prime

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & hand...
Estimated tax to...
Order tota...

VA 2-476-707



## 010 Guelineok

3/25/26, 12:11 PM Amazon.com: 8"x12" Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor : Home &...

Home & Kitchen › Home Décor Products › Home Decor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Ask Rufus

What themes does it have? | Is it weatherproof? | Can it be hung outdoors? | Ask something else

8"x12" Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor

Brand: IKSHFD

Search this page

$7.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Perfect Size: The Metal Sign Is 8 X 12 Inch.
- Material:These Are High Quality Metal Sign.100% Brand New. Made Of High-Quality Tinplate, Eco-Friendly Wall Pediments. High Quality Waterproof, Non-Glare, Fashionable Design.
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Applicable Occasion: Metal Signs Fit For Decoration Of Office Home, Porch, Dining Table, Bar, Club, Garage, Restaurant, Cafe Etc.
- Our Service: A Truly Novel Unique Gift Filled With Your Sincere Love, Which Will Bring A Smile To Everyone. We Are Committed To Bringing You The Best Quality Products At The Most Affordable Prices.We Always Insist On Providing Buyers With Good Shopping Experience, If There Are Any Quality Problems Or You Have Any Questions, Please Contact Us, We Will Reply You Within 24 Hours.

› See more product details

Report an issue with this product or seller

$7.99

$4.59 delivery **April 6 - 15.** Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Guelineok

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

3/25/26, 12:12 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**

8"x12" Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor

$7.99

Ships from Guelineok

Sold by Guelineok

Gift options not available

Monday, Apr 6 - Wednesday, Apr 15

$4.59 - Delivery

Place your order

**Order total: $13.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co...

**Order total:**

**VA 2-476-707**



011 guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi

4/8/26, 11:03 AM Amazon.com: 12"x16" Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor : Home &...

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

12"x16" Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor

Brand: IKSHFD

Search this page

$9.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- Perfect Size: The Metal Sign Is 12 X 16 Inch.
- Material:These Are High Quality Metal Sign.100% Brand New. Made Of High-Quality Tinplate, Eco-Friendly Wall Pediments. High Quality Waterproof, Non-Glare, Fashionable Design.
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Applicable Occasion: Metal Signs Fit For Decoration Of Office Home, Porch, Dining Table, Bar, Club, Garage, Restaurant, Cafe Etc.
- Our Service: A Truly Novel Unique Gift Filled With Your Sincere Love, Which Will Bring A Smile To Everyone. We Are Committed To Bringing You The Best Quality Products At The Most Affordable Prices.We Always Insist On Providing Buyers With Good Shopping Experience, If There Are Any Quality Problems Or You Have Any Questions, Please Contact Us, We Will Reply You Within 24 Hours.

› See more product details

Report an issue with this product or seller

$9.99

$6.88 delivery April 17 - 28. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller guangxihaoyangji anzhuzhuangxiu zhuangshigongc...

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

Ask Rufus

What themes does it have? Is it weatherproof? Can it be hung outdoors?

Ask something else

4/8/26, 11:03 AM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 17, 2026 - Apr 28, 2026**

12"x16" Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor

$9.99

Ships from guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi

Sold by guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi

1

Gift options not available

Friday, Apr 17 - Tuesday, Apr 28

$6.88 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

**Order total:**

**VA 2-476-707**



Place your order

**Order total: $17.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

# 012 Toeiyuen

3/25/26, 12:32 PM Amazon.com: Vintage Tin Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro Wall D...

amazon Deliver to oO Chicago 60604 | All | Never Underestimate an Old Women Science Poster | EN | Hello [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Vintage Tin Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro Wall Decor Poster for Home Hotel Cafes Sign Gift 6x8 inch

Brand: Nwink

Search this page

$6.98

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Metal sign size: 15X20cm(6x8inch)/8x12 inches (20cmx30cm) /30x40cm(11.8x15.17inch)Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs,Street Club Bedroom,House, Hotel, Dinning room, Wall Decoration
- Thoughtful Service: We provide quality after-sale refund and return service. If you have questions about our products, please feel free to contact us,we will answer them as soon as possible.

› See more product details

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$6.98

$0.99 delivery **April 2 - 8.** Details

Deliver to oO - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Toeiyuen

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

---

3/25/26, 12:33 PM Place Your Order - Amazon Checkout

amazon **Secure checkout** Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Special Offer**

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 2, 2026 - Apr 8, 2026**



Vintage Tin Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro Wall Decor Poster for Home Hotel Cafes Sign Gift 6x8 inch

**$6.98**

Ships from Toeiyuen

Sold by Toeiyuen

1

Gift options not available

**Thursday, Apr 2 - Wednesday, Apr 8**

$0.99 - Delivery

Place your order **Order total: $8.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

**Order total:**

# VA 2-476-707



013 珲帆户外

3/25/26, 12:20 PM Amazon.com: Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho...

Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Decor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch

Brand: LKKJQDH

Search this page

$7.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Report an issue with this product or seller

**Similar item with fast delivery**

Assuming I'm Just An Old Lady Was Your First Mistake Metal Tin Sign Hippie Boho Wall Art Home Decor Poster Gifts Wall Decor for Cafe Home Retro Club Bar Bathroom Poster 8x12 Inch

★★★★★ (4)

$9.99 prime

**Pay-per-visit telehealth**

Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$7.99

$4.97 delivery **April 6 - 15.** Details

Deliver to oO - Chicago 60604

Only 15 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: 珲帆户外

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

Ask Rufus

Can it be hung outdoors? | Is this sign weatherproof? | What is the design style?

Ask something else

3/25/26, 12:21 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**

Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch

$7.99

Ships from 珲帆户外

Sold by 珲帆户外

1

Gift options not available

Monday, Apr 6 - Wednesday, Apr 15

$4.97 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co...

**Order total:**

**VA 2-476-707**



Place your order

**Order total: $13.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## 014 taihexianbaochuanmingnongyejiating

3/30/26, 5:26 PM — Amazon.com: Wourfswqt Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for...

amazon — Deliver to oO Chicago 60604 — All — Vintage+Metal+Tin+Sign+Plaque+Never+Underestimate+an+Old+Women+Loves+Science — EN — Hello, [redacted] Account & Lists — Returns & Orders — 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Books | Music | Audible | Household, Health & Baby Care | Pet Supplies

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed — Save on pre-loved video games

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

### Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch

Brand: Wourfswqt
Search this page

$5.99

Get $10 off instantly: Pay $0.00 ~~$5.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Tin Sign11**

Size: **8x12 inch**

- Size:Vintage Tin Sign home decorations measure 8x12 inch、4x16 inch, 8x8 inch
- High Quality: The tin sign is made of high quality heavy duty aluminumMetal, not cheap plastic Rustproof, waterproof and weather-resist. They are digitally printed on high quality.
- Home Decor: TheseMetal sign make the perfect gift for any man cave, office, basement, garage, college dorm, kids bedroom, game room, bar, pub, tavern or countless other places where can be seen at indoor & outdoor
- Waterproof:Metal signs are waterproof, easy to wipe, can still maintain bright colors in the wind and sun, and not easy to scratch, suitable for a variety of environments

$5.99 Price history
$2.98 delivery **April 10 - 21.** Details
Deliver to oO - Chicago 60604
**Only 9 left in stock - order soon.**
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: taihexianbaochuanmingnongyejiating
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to Auto Buy
Add to List

3/30/26, 5:27 PM — Place Your Order - Amazon Checkout

amazon — Secure checkout — Cart

**Delivering to oO** — Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] — Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days — Cancel anytime

**Arriving Apr 10, 2026 - Apr 21, 2026**

Wourfswqt Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch
**$5.99**
Ships from taihexianbaochuanmingnongyejiating
Sold by taihexianbaochuanmingnongyejiating
1
Gift options not available

◉ **Friday, Apr 10 - Tuesday, Apr 21**
$2.98 - Delivery

Place your order — **Order total: $9.58**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

**VA 2-476-707**



# 015 guangxiyaotiannongyetouziyouxiangongsi

4/9/26, 6:52 PM Amazon.com: Wourfswqt Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for ...

Vintage+Metal+Tin+Sign+Plaque+Never+Underestimate+an+Old+Women+Loves+Science

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch

Brand: Wourfswqt
Search this page

$7.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Color: Tin Sign11

$7.99 $7.99

Size: 8x12 inch

- Size:Vintage Tin Sign home decorations measure 8x12 inch, 4x16 inch, 8x8 inch
- High Quality: The tin sign is made of high quality heavy duty aluminumMetal, not cheap plastic Rustproof, waterproof and weather-resist. They are digitally printed on high quality.
- Home Decor: TheseMetal sign make the perfect gift for any man cave, office, basement, garage, college dorm, kids bedroom, game room, bar, pub, tavern or countless other places where can be seen at indoor & outdoor
- Waterproof:Metal signs are waterproof, easy to wipe, can still maintain bright colors in the wind and sun, and not easy to scratch, suitable for a variety of environments
- Quality Service: If You Have Any Questions, Please Feel Free To Contact Us And We Will Be Happy To Serve You.

Report an issue with this product or seller

$7.99

$4.98 delivery April 21 - 30. Details

Deliver to oO - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: guangxiyaotiannongyetouziyouxiangongsi

Returns: 30-day refund/replacement

Payment: Secure transaction

Add to Auto Buy

Add to List

Based on your recent shopping trends — Page 1 of 2

4/9/26, 6:53 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO** — Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] — Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days — Cancel anytime.

**Arriving Apr 21, 2026 - Apr 30, 2026**



Wourfswqt Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch
$7.99
Ships from guangxiyaotiannongyetouziyouxiangongsi
Sold by guangxiyaotiannongyetouziyouxiangongsi

Gift options not available

Tuesday, Apr 21 - Thursday, Apr 30
$4.98 - Delivery

Place your order — **Order total: $13.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us.
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $7.99
Shipping & handling:
Estimated tax to be collected:
**Order total:**

**VA 2-476-707**



016 guoruikai33

3/25/26, 11:03 AM Amazon.com: 1000 Piece Wooden Puzzle for Adults Black Pug Your are My Life Cute Wall D¨cor Gift for Dog Owner Jigsaw Puzzl…

amazon Deliver to o0 Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

shopbop LE BOP's Spring arrivals Shop now

Toys & Games › Puzzles › Jigsaw Puzzles




Click to see full view

1000 Piece Wooden Puzzle for Adults Black Pug Your are My Life Cute Wall D¨cor Gift for Dog Owner Jigsaw Puzzle Challenging for Youth Fun Puzzle Family Educational Game Toys Activities Gift

Brand: FGHFDHG
Search this page

$24.98

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$24.98

$5.68 delivery **April 6 - 15.** Details

**Arrives after Easter.**

Deliver to o0 - Chicago 60604

**Only 18 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

Shipper / Seller guoruikai33

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Add to Auto Buy

**Products related to this item** Sponsored Page 1 of 7

3/25/26, 11:04 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to o0** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 6, 2026 - Apr 15, 2026**

1000 Piece Wooden Puzzle for Adults Black Pug Your are My Life Cute Wall D¨cor Gift for Dog Owner Jigsaw Puzzle Challenging for Youth Fun Puzzle Family Educational Game Toys Activities Gift
**$24.98**
Ships from guoruikai33
Sold by guoruikai33

1

Gift options not available

Monday, Apr 6 - Wednesday, Apr 15
$5.68 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be colle
**Order total:**

Place your order **Order total: $33.22**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

**VA 2-476-707**



# 017 杨雎障电子商务

3/25/26, 11:07 AM Amazon.com: LSGX Aluminium Metal Tin Sign Wall Decor Female Scientist Girl Women Power Science Lab In A World Full Of Pri...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Aluminium Metal Tin Sign Wall Decor Female Scientist Girl Women Power Science Lab In A World Full Of Princesses Funny Home Cave Garage Bar Wall Decoration Vintage Metal Sign 8 X 12 Inch

Brand: LSGX
Search this page

$6.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- THE PERFECT SIZE: This 8 x 12 inch tin sign boasts a compact yet impactful size, ideal for smaller spaces or as part of a gallery wall.
- EXCELLENT MATERIAL: Crafted from premium tinplate material, it offers durability and a rustic charm that complements various decor styles.
- CLASSIC VINTAGE DECOR: The vibrant colors and intricate detailing are enhanced by a glossy finish, adding depth and visual appeal.
- Simple And Safe Artwork: Its lightweight design makes it easy to hang with pre-drilled corner holes, ensuring effortless installation.
- Excellent Service: You Have Any Questions, You Can Contact Us At Any Time, We Will Reply You Within 24 Hours And Give You A Good Service.

› See more product details

Report an issue with this product or seller

one medical — Pay-per-visit telehealth: Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$6.99
$4.89 delivery April 6 - 15. Details
Deliver to oO - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller 杨雎障电子商务
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to List
Add to Auto Buy




Retro Metal tin Sign Life's A Gar...
$7.99

Customers also viewed these products — Page 1 of 8

3/25/26, 11:08 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**



LSGX Aluminium Metal Tin Sign Wall Decor Female Scientist Girl Women Power Science Lab In A World Full Of Princesses Funny Home Cave Garage Bar Wall Decoration Vintage Metal Sign 8 X 12 Inch
$6.99
Ships from 杨雎障电子商务
Sold by 杨雎障电子商务

1

Gift options not available

Monday, Apr 6 - Wednesday, Apr 15
$4.89 - Delivery

Place your order — **Order total: $12.60**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co...
**Order total:**

# VA 2-476-707



# 018 yichengmingliangjianzhugongchengyouxiangongsi

3/25/26, 11:19 AM Amazon.com: Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Deco…

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches

Brand: SGCUWS

Search this page

$9.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- [Size] 8" x 12" (20 x 30 cm). These aluminum signs are made from high-quality metal. These eye-catching signs are durable, non-toxic, and won't rust or fade. They're also eco-friendly and recyclable.
- [High-Precision Full-Color UV Printing Technology] High-definition images can be printed directly onto the aluminum surface with exceptional color reproduction. This allows for the precise creation of intricate patterns, gradient effects, and even photo-realistic imagery, completely breaking the limitations of traditional aluminum artwork, which often features monotonous or stereotyped color schemes.
- [Lightweight and Easy to Install] This product is crafted from durable aluminum and features an ultra-lightweight design. Pre-drilled holes in all four corners allow for easy mounting to walls, doors, or fences using nails or double-sided tape.
- [Waterproof and Rust-Resistant, Ultra-Durable] This product is crafted from high-quality aluminum, which naturally develops a protective oxide coating to effectively prevent rust. The reinforced waterproof seal ensures exceptional durability, even in humid environments like bathrooms and outdoors.
- [Easy to Clean, Long-Lasting Beauty] Made from high-quality, stain-resistant aluminum, the surface only requires an occasional wipe to maintain its pristine appearance. Its advanced oxidation technology creates a self-protective barrier that effectively repels dust and dirt.

› See more product details

Report an issue with this product or seller

Pay-per-visit telehealth

$9.99

$6.99 delivery **April 6 - 15.** Details

Or fastest delivery **March 27 - 31.** Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | yichengmingliangjianzhugongchengyouxiangongsi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Add to Auto Buy

3/25/26, 11:20 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**

Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches

**$9.99**

Ships from yichengmingliangjianzhugongchengyouxiangongsi

Sold by yichengmingliangjianzhugongchengyouxiangongsi

1

Gift options not available

(•) **Monday, Apr 6 - Wednesday, Apr 15**
$6.99 - Delivery

( ) **Friday, Mar 27 - Tuesday, Mar 31**
$14.99 - Delivery

Place your order

**Order total: $18.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co…

**Order total:**

# VA 2-476-703



## 019 TaoJiLai-SHOP

07/04/2026, 18:31 Amazon.com: Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Deco…

amazon Deliver to Oo-Oo Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Oo-Oo Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | 3 Hour Delivery | Amazon Haul | Medical Care | Audible | Household, Health & Baby Care | Pet Supplies | Beauty & Personal Care | Buy Again | Pharmacy | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved smartphones

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Ask Rufus

Does this come with mounting hardware? | Is this suitable for outdoor use?

Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches

Brand: SGCUWS

Search this page

$9.99

Price history

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

- [Size] 8" x 12" (20 x 30 cm). These aluminum signs are made from high-quality metal. These eye-catching signs are durable, non-toxic, and won't rust or fade. They're also eco-friendly and recyclable.
- [High-Precision Full-Color UV Printing Technology] High-definition images can be printed directly onto the aluminum surface with exceptional color reproduction. This allows for the precise creation of intricate patterns, gradient effects, and even photo-realistic imagery, completely breaking the limitations of traditional aluminum artwork, which often features monotonous or stereotyped color schemes.
- [Lightweight and Easy to Install] This product is crafted from durable aluminum and features an ultra-lightweight design. Pre-drilled holes in all four corners allow for easy mounting to walls, doors, or fences using nails or double-sided tape.
- [Waterproof and Rust-Resistant, Ultra-Durable] This product is crafted from high-quality aluminum, which naturally develops a protective oxide coating to effectively prevent rust. The reinforced waterproof seal ensures exceptional durability, even in humid environments like bathrooms and outdoors.
- [Easy to Clean, Long-Lasting Beauty] Made from high-quality, stain-resistant aluminum, the surface only requires an occasional wipe to maintain its pristine appearance. Its advanced oxidation technology creates a self-protective barrier that effectively repels dust and dirt.

$9.99

$4.99 delivery April 13 - 15. Details

Or fastest delivery April 10 - 14. Details

Deliver to Oo-Oo - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: TaoJiLai-SHOP

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

07/04/2026, 18:32 Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to Oo-Oo** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

Oo-Oo, we're giving you a 7-day trial of Prime for only $1.99 Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Apr 13, 2026 - Apr 15, 2026**



Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Decor 8x12 inches

$9.99

Ships from TaoJiLai-SHOP

Sold by TaoJiLai-SHOP

1

Gift options not available

◉ Monday, Apr 13 - Wednesday, Apr 15
$4.99 - Delivery

○ Friday, Apr 10 - Tuesday, Apr 14
$18.99 - Delivery

Order total: $16.00

Oo-Oo, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be collected:
Order total

**VA 2-476-703**



# 020 The MILL Market

3/25/26, 11:22 AM Amazon.com: Vintage metal sign "Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Pos…

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored




Click to see full view

## Vintage metal sign "Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Poster 12x8inch"

Brand: XMXFC
Search this page

$9.99
Price history

- Anti-Deformation Aluminum: 12x8-inch sign made of thickened aluminum—resists rust, corrosion, bending, and warping (even in outdoor temps or bumps). Stays flat longer than thin metal options.
- Precision Pre-Drilled Holes: Evenly spaced holes at corners for balanced hanging. Prevents tilting/sagging, works with standard hardware (anchors, chains) for secure installation.
- 12x8-Inch: Decor-Friendly Size: Eye-catching from a distance (great for outdoor use) but compact enough to mix with other decor—no cluttering spaces.
- Safe Edges & Multi-Style Fit: Smooth, burr-free edges (safe to handle). Sleek base blends with rustic, industrial, modern, or farmhouse decor.
- All-Weather & Fade-Resistant: Withstands rain, snow, UV, and humidity (indoor/outdoor use). Ink adheres tightly—colors won't peel or fade.

› See more product details

Report an issue with this product or seller

$9.99
$5.99 delivery **March 31 - April 2**. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 2 to 3 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: The MILL Market
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

**Products related to this item** Sponsored | Page 1 of 58

3/25/26, 11:23 AM Place Your Order - Amazon Checkout

amazon Secure checkout | Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Mar 31, 2026 - Apr 2, 2026**

Vintage metal sign "Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Poster 12x8inch"
**$9.99**
Ships from The MILL Market
Sold by The MILL Market
1
Gift options not available

Tuesday, Mar 31 - Thursday, Apr 2
$5.99 - Delivery

**Order total: $17.00**
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Place your order

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

**VA 2-476-703**



# 021 WangKangJun-SHOP

4/9/26, 6:48 PM Amazon.com: Vintage metal sign "Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Poste...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Pet Supplies | Household, Health & Baby Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved laptops

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Ask Rufus
Is this suitable for outdoor use? | How do I hang this sign? | Will the colors fade over time? | Why you might like this | Compare with similar | Ask something else

Vintage metal sign "Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Poster 12x8inch"
Brand: XMXFC
Search this page

$9.99
Price history

Get a $50 Gift Card: Pay $0.00 ~~$9.99~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| **Color** | colorful |
| **Brand** | XMXFC |
| **Material** | Aluminum, Metal |
| **Theme** | Art |
| **Mounting Type** | Wall Mount |

**About this item**

- Anti-Deformation Aluminum: 12x8-inch sign made of thickened aluminum—resists rust, corrosion, bending, and warping (even in outdoor temps or bumps). Stays flat longer than thin metal options.
- Precision Pre-Drilled Holes: Evenly spaced holes at corners for balanced hanging. Prevents tilting/sagging, works with standard hardware (anchors, chains) for secure installation.
- 12x8-Inch: Decor-Friendly Size: Eye-catching from a distance (great for outdoor use) but compact enough to mix with other decor—no cluttering spaces.
- Safe Edges & Multi-Style Fit: Smooth, burr-free edges (safe to handle). Sleek base blends with rustic, industrial, modern, or farmhouse decor.
- All-Weather & Fade-Resistant: Withstands rain, snow, UV, and humidity (indoor/outdoor use). Ink adheres tightly—colors won't peel or fade.

› See more product details

Report an issue with this product or seller

$9.99
$5.99 delivery April 15 - 17. Details
Deliver to oO - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: WangKangJun-SHOP
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to Auto Buy
Add to List

Customers also viewed these products Page 1 of 7

4/9/26, 6:49 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO** Change
311 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 15, 2026 - Apr 17, 2026**

Vintage metal sign "Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Poster 12x8inch"
$9.99
Ships from WangKangJun-SHOP
Sold by WangKangJun-SHOP
1
Gift options not available

◉ Wednesday, Apr 15 - Friday, Apr 17
$5.99 - Delivery

Place your order **Order total: $17.00**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us.
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $9.99
Shipping & handling:
Estimated tax to be collected:
**Order total:**

# VA 2-476-703



# 022 Turbo Steel Structure

3/25/26, 12:45 PM Amazon.com: Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster ...




Click to see full view

Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster Home Living Decor Poster Metal Decorations Funny Iron Plaque Signs Gift 12x8inch

Brand: PEVEVW

$6.98

Size: 8x12inch

6x8inch | 8x12inch | 12x16inch

Color: tin sign-08

- Metal sign size: 8x12 Inches (20cmx30cm) Tin Plate / Metal,It is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar,

$6.98

$3.33 delivery April 10 - 24.

Only 6 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Turbo Steel Structure

Returns: 30-day refund/replacement

Payment: Secure transaction

3/25/26, 12:46 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 10, 2026 - Apr 24, 2026**

Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster Home Living Decor Poster Metal Decorations Funny Iron Plaque Signs Gift 12x8inch

$6.98

Ships from Turbo Steel Structure

Sold by Turbo Steel Structure

Gift options not available

Friday, Apr 10 - Friday, Apr 24

$3.33 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Place your order

**Order total: $11.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 2-476-703**



## 023 HuangQiYuanFuZhuangJiaGongChang

3/30/26, 5:23 PM Amazon.com: Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster ...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Books | Music | Audible | Household, Health & Baby Care | Pet Supplies

Amazon Home | Shop by Room | Discover | Shop by Style | Home Decor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved TVs

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster Home Living Decor Poster Metal Decorations Funny Iron Plaque Signs Gift 12x8inch

Brand: PEVEVW

Search this page

$11.99

Get $10 off instantly: Pay $1.99 $11.99 upon approval for the Amazon Store Card. No annual fee

Size: 8x12inch

6x8inch | 8x12inch | 12x16inch

Color: tin sign-05



$8.96 | $8.96 | $8.96 | $11.99 | $8.96 | $8.96

$8.96 | $8.96 | $8.96 | $8.96

- Metal sign size: 8x12 Inches (20cmx30cm) Tin Plate / Metal,It Is Durable And Fade Resistant
- FEATURES:Tin signs are printed by waterproof and non-glare high-definition digital printing ink. It takes more genuinely vintage impressions. The metal tin sign will not fade, no matter the sun, rain, or other extreme weather.
- Easy To Hang: This Lightweight Metal Tin Sign Comes With Predrilled Holes. Easy To Install On Walls, Doors Or Fences.
- Exquisite Vintage Decoration:These tin signs are attractive decoration for Your Home, Gate, Man Cave Or Garage, Bathroom Laundry, Garden, Office, Bar,

$11.99 Price history

FREE delivery April 16 - 30. Details

Deliver to oO - Chicago 60604

Only 5 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: HuangQiYuanFuZhuangJiaGongChang

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

---

3/30/26, 5:24 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 16, 2026 - Apr 30, 2026**



Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster Home Living Decor Poster Metal Decorations Funny Iron Plaque Signs Gift 12x8inch

$11.99

Ships from HuangQiYuanFuZhuangJiaGongChang

Sold by HuangQiYuanFuZhuangJiaGongChang

1

Gift options not available

Thursday, Apr 16 - Thursday, Apr 30

FREE Delivery

Place your order **Order total: $13.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

**Order total:**

**VA 2-476-703**



# 024 xiangfangfang23

3/25/26, 11:14 AM Amazon.com: Hairdresser She Works Willingly with Her Hands Retro Metal Sign Vintage Aluminum Tin Sign for Kitchen Home Cof...

Deliver to oO Chicago 60604 | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

## Hairdresser She Works Willingly with Her Hands Retro Metal Sign Vintage Aluminum Tin Sign for Kitchen Home Coffee Wall Decor 8x12 Inch

Brand: Girczt
Search this page

$9.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Color** | XYH-TF-120-1570 |
| **Brand** | Girczt |
| **Theme** | Vintage |
| **Product Dimensions** | 7.87"L x 11.81"W |
| **Shape** | Rectangular |

### About this item

- Unique charm: Add a touch of vintage elegance to your space with our 8x12 inch iron sheet wall art. Crafted with meticulous detail, this piece exudes unique charm, perfect for both traditional and contemporary decor styles.
- Durable Construction: It's made of high-quality tin, this wall decor is built to last. The sturdy construction ensures longevity, making it an investment piece for your home or office.
- Versatile Decor: Whether adorning your living room, bedroom, or office space, this iron sheet wall art effortlessly elevates any environment. Hang it solo for a minimalist statement or pair it with other pieces to create a curated gallery wall.
- Easy Installation: Designed for hassle-free installation, this wall art comes with pre-drilled holes for convenient mounting. Simply use nails or hooks to securely display it on your wall, instantly transforming your space.
- Unique Artistry: Each piece is handcrafted with care, resulting in slight variations that enhance its uniqueness. Embrace the individuality of your decor as you enjoy the timeless beauty of this vintage-inspired iron sheet wall art.

› See more product details

$9.99
$2.77 delivery April 6 - 15. Details
Deliver to oO - Chicago 60604
Only 9 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller xiangfangfang23
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to List
Add to Auto Buy

3/25/26, 11:15 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**



Hairdresser She Works Willingly with Her Hands Retro Metal Sign Vintage Aluminum Tin Sign for Kitchen Home Coffee Wall Decor 8x12 Inch
**$9.99**
Ships from xiangfangfang23
Sold by xiangfangfang23
1
Gift options not available

**Monday, Apr 6 - Wednesday, Apr 15**
$2.77 - Delivery

Place your order **Order total: $13.78**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

# VA 2-476-703



# 025 JunTaLvYouDian

3/25/26, 11:16 AM Amazon.com: Metal Poster Plaque Vintage Metal Tin Sign Hairdresser She Works Willingly with Her Hands Sign Funny Novelty Kit...

amazon Deliver to oO Chicago 60604 | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



## Metal Poster Plaque Vintage Metal Tin Sign Hairdresser She Works Willingly with Her Hands Sign Funny Novelty Kitchen Bar Club Garage Garden Home Decor Wall Art Tin Signs ES 12x12 Inch

Brand: Curteny
Search this page

$9.98

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **12"L x 12"W**

Color: **10**

- SIZE:this tin signs size 12x12 Inch (30cm x 30cm)
- EASY TO INSTALLATION: Pre-drilled holes for easy hanging to save time.
- Easy to hang: The pre-drilled holes can be installed on the wall with nails on the 4 corners or double-sided tape.
- Features: The tin sign is printed, it is not really rusty, and it is printed with waterproof and anti-glare high-definition digital printing ink. It needs more authentic retro impressions. Regardless of sunlight, rain or other extreme weather, the metal tin logo will not fade.
- A wonderful piece to add to your bar,Restaurant,kitchen,coffee house or home

› See more product details

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$9.98

$4.96 delivery **April 6 - 15.** Details

Deliver to oO - Chicago 60604

**Only 18 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | JunTaLvYouDian |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Add to Auto Buy

**Products related to this item** Sponsored

Page 1 of 58

3/25/26, 11:17 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Special Offer**
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 6, 2026 - Apr 15, 2026**



Metal Poster Plaque Vintage Metal Tin Sign Hairdresser She Works Willingly with Her Hands Sign Funny Novelty Kitchen Bar Club Garage Garden Home Decor Wall Art Tin Signs ES 12x12 Inch
**$9.98**
Ships from JunTaLvYouDian
Sold by JunTaLvYouDian

1

Gift options not available

**Monday, Apr 6 - Wednesday, Apr 15**
$4.96 - Delivery

Place your order **Order total: $15.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

# VA 2-476-703



## 026 neimengguhengjiangshangmaoyouxiangongsi

3/25/26, 12:48 PM — Amazon.com: Just A Girl Who Loves Making Others Feel Awesome Barber Wall Decor Retro Metal Sign Poster for Garage Man C...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Just A Girl Who Loves Making Others Feel Awesome Barber Wall Decor Retro Metal Sign Poster for Garage Man Cave Bathroom Bedroom Farm Inspirational Popular Wall Art 8x12 Inch Signs Posters

Brand: CXHDSY
Search this page

$9.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee

Report an issue with this product or seller

Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$9.99
$5.99 delivery March 31 - April 1. Details
Deliver to oO - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: neimengguhengjiangshangmaoyouxiangongsi
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

**Bundle these items**

Total price: $29.97

3/25/26, 12:49 PM — Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard**[redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Mar 31, 2026 - Apr 1, 2026**

Just A Girl Who Loves Making Others Feel Awesome Barber Wall Decor Retro Metal Sign Poster for Garage Man Cave Bathroom Bedroom Farm Inspirational Popular Wall Art 8x12 Inch Signs Posters
$9.99
Ships from neimengguhengjiangshangmaoyouxiangongsi
Sold by neimengguhengjiangshangmaoyouxiangongsi

Tuesday, Mar 31 - Wednesday, Apr 1
$5.99 - Delivery

1
Gift options not available

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
Order total:

Place your order
Order total: $17.00
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 2-476-703**



## 027 tianzhenxianruiminliangyoujiagongyouxiangongsi

3/25/26, 12:52 PM Amazon.com: Just A Girl Who Loves Making Others Feel Awesome Vintage Metal Sign，Poster Home Wall Decor, For Bedroom, ...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



### Just A Girl Who Loves Making Others Feel Awesome Vintage Metal Sign，Poster Home Wall Decor, For Bedroom, Living Room, Bar, Restaurants,Etc.，Plaque12 X 8 Inch

Brand: NOPLKL
Search this page

$9.97
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Premium Aluminum Material: Crafted from high-quality 0.04 inch thick aluminum, this metal sign is lightweight yet sturdy, rust-resistant, and built to withstand indoor and outdoor elements like rain, sun, and humidity for long-lasting use.
- Vibrant Design: Features a stunning, high-definition print with vivid colors and sharp details that capture the charm, adding a modern or vintage touch to any space.
- Perfect 8x12 Inch Size: Ideal dimensions for easy placement—fits perfectly on walls, doors, or shelves in living rooms, bedrooms, offices, garages, cafes, or man caves without overwhelming your decor.
- Easy to Install: Comes with pre-drilled holes in each corner for quick and hassle-free mounting; simply use nails, screws, or hooks (not included) to hang it wherever you want in minutes.
- Versatile Decor & Gift Idea: Great for adding personality to your home or business, and makes a unique gift for city lovers, decor enthusiasts, friends, or family for birthdays, housewarmings, or holidays.

› See more product details

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$9.97

$5.88 delivery **Monday, April 6**. Details

Or fastest delivery **March 31 - April 2**. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | tianzhenxianruiminliangyoujiagongyouxiangongsi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Add to Auto Buy

3/25/26, 12:53 PM Place Your Order - Amazon Checkout

amazon **Secure checkout** Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Special Offer**
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 6, 2026**



Just A Girl Who Loves Making Others Feel Awesome Vintage Metal Sign，Poster Home Wall Decor, For Bedroom, Living Room, Bar, Restaurants,Etc.，Plaque12 X 8 Inch
**$9.97**
Ships from tianzhenxianruiminliangyoujiagongyouxiangongsi
Sold by tianzhenxianruiminliangyoujiagongyouxiangongsi

1

Gift options not available

◉ **Monday, Apr 6**
$5.88 - Delivery

○ **Tuesday, Mar 31 - Thursday, Apr 2**
$29.99 - Delivery

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

Place your order **Order total: $16.87**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 2-476-703**



# 028 shanxichenyuanmaoyiyouxiangongsi12

3/25/26, 12:56 PM Amazon.com: HSFHXY Just A Girl Who Loves Making Others Feel Awesome Barber 8x12 Inch Aluminum Metal Tin Signs Funny ...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History

Shop now

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques






Click to see full view

HSFHXY Just A Girl Who Loves Making Others Feel Awesome Barber 8x12 Inch Aluminum Metal Tin Signs Funny Vintage Poster-For Living Bathroom Room Kitchen Bedroom Garden Wall Decor

Brand: HSFHXY
Search this page

$9.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Vintage Charm: This 8x12 Inch Retro Metal Sign brings a touch of nostalgia to any room with its vintage poster design, perfect for modern wall art.
- Durable Construction: Made from high-quality aluminum, this metal tin sign is built to last, ensuring it remains a long-lasting part of your home decor.
- Versatile Use: Ideal for decorating bathrooms, bedrooms, living rooms, offices, and more. this versatile wall art adds a unique and humorous touch to any space.
- Easy to Hang: The sign comes with pre-drilled holes, making it incredibly easy to hang and display, allowing you to quickly enhance your room's aesthetic.
- Modern Design: The modern and funny design of this wall painting makes it a perfect conversation starter, adding a playful and stylish element to your home.

› See more product details

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$9.99

$3.18 delivery **April 7 - 16**. Details

Or fastest delivery **March 27 - 30**. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: shanxichenyuanmaoyiyouxiangongsi12
Returns: 30-day refund/replacement
Customer service: Amazon
See more

Add to List
Add to Auto Buy

**Products related to this item** Sponsored

Page 1 of 58

3/25/26, 12:57 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 7, 2026 - Apr 16, 2026**



HSFHXY Just A Girl Who Loves Making Others Feel Awesome Barber 8x12 Inch Aluminum Metal Tin Signs Funny Vintage Poster-For Living Bathroom Room Kitchen Bedroom Garden Wall Decor
**$9.99**
Ships from shanxichenyuanmaoyiyouxiangongsi12
Sold by shanxichenyuanmaoyiyouxiangongsi12

1

Gift options not available

◉ **Tuesday, Apr 7 - Thursday, Apr 16**
$3.18 - Delivery

○ **Friday, Mar 27 - Monday, Mar 30**
$19.18 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $9.99
Shipping & handling:
Estimated tax to be collected:
**Order total:**

Place your order **Order total: $14.19**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us.
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to

**VA 2-476-703**



## 029 SummitMist

3/25/26, 12:59 PM Amazon.com: TIUUOK Vintage Signs Poster Inspirational Metal Wall Art Just A Girl Who Loves Making Others Feel Awesome Bar...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History

Shop now

Sponsored




Click to see full view

TIUUOK Vintage Signs Poster Inspirational Metal Wall Art Just A Girl Who Loves Making Others Feel Awesome Barber for Office Dorm Room Bar Garage Decor 8X12inch

Brand: TIUUOK

Search this page

$9.99

Price history

- Vivid & Motivational Artwork: Features an inspiring design with high-definition UV printing technology, ensuring sharp details and vibrant colors that uplift any space.
- Durable Metal Construction: Crafted from sturdy aluminum with a sleek tin-coated finish, offering weather resistance and long-lasting durability for indoor or outdoor use.
- Perfect Size for Versatile Display: Measures 8x12 inches, ideal for walls, offices, gardens, or patios. Includes 4 pre-drilled holes for easy hanging and flexible placement.
- UV Printed for Lasting Brilliance: Advanced UV printing ensures the artwork remains fade-resistant and retains its vibrant look even when exposed to sunlight or moisture.
- Meaningful Gift Idea: A thoughtful and encouraging gift for friends, family, or colleagues, adding motivation and style to any home or workspace.

See more product details

Report an issue with this product or seller

$9.99

$5.98 delivery Thursday, April 2. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller SummitMist

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Add to Auto Buy

Customers also viewed these products Page 1 of 7




3/25/26, 12:59 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 2, 2026**



TIUUOK Vintage Signs Poster Inspirational Metal Wall Art Just A Girl Who Loves Making Others Feel Awesome Barber for Office Dorm Room Bar Garage Decor 8X12inch

$9.99

Ships from SummitMist

Sold by SummitMist

1

Gift options not available

Thursday, Apr 2

$5.98 - Delivery

Place your order

**Order total: $16.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $9.99

Shipping & handling:

Estimated tax to be collected:

**Order total:**

**VA 2-476-703**



# 030 宠菡百货

3/25/26, 11:30 AM Amazon.com: Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game ...

amazon Deliver to oO Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

Prime members save up to 80% on meds | amazon pharmacy

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens

Brand: TRUSHZR
Search this page

$25.99

Price history

- Contains a 1000 piece jigsaw puzzle.
- Finished size is 29.53 x 19.69 inches.
- Manufactured from premium quality materials including 100% recycled paperboard.
- If you want to enhance the power of your brain through some good mental games, then here is an excellent puzzle to help you do this.
- Jigsaw puzzle is one of the best indoor activities today. It is ideal for birthday gifts, Halloween gifts or Christmas gifts. The finished puzzle is the best decoration for your bedroom, living room, etc.

› See more product details

Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$25.99

$5 delivery April 9 - 23. Details

Arrives after Easter.

Deliver to oO - Chicago 60604

Only 20 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: 宠菡百货

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

**Other sellers on Amazon**

New (2) from $25.99 + $5.00 shipping

**Similar items that may deliver to you quickly** Page 1 of 3

3/25/26, 11:30 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 9, 2026 - Apr 23, 2026**



Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens
$25.99
Ships from 宠菡百货
Sold by 宠菡百货

1

Gift options not available

Thursday, Apr 9 - Thursday, Apr 23
$5.00 - Delivery

Place your order **Order total: $33.65**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

# VA 2-476-708



# 031 shanxixinchuanyajianzhugongcheng

3/25/26, 11:33 AM Amazon.com: Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game ...

amazon Deliver to oO Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon renewed Save on pre-loved cameras

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens

Brand: TRUSHZR

Search this page

$25.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Contains a 1000 piece jigsaw puzzle.
- Finished size is 29.53 x 19.69 inches.
- Manufactured from premium quality materials including 100% recycled paperboard.
- If you want to enhance the power of your brain through some good mental games, then here is an excellent puzzle to help you do this.
- Jigsaw puzzle is one of the best indoor activities today. It is ideal for birthday gifts, Halloween gifts or Christmas gifts. The finished puzzle is the best decoration for your bedroom, living room, etc.

› See more product details

Report an issue with this product or seller

one medical | Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$25.99

$5.50 delivery April 9 - 23. Details

Arrives after Easter.

Deliver to oO - Chicago 60604

Only 10 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: shanxixinchuanyajianzhugongcheng

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

Other sellers on Amazon

New (2) from $25.99 + $5.00 shipping

Similar items that may deliver to you quickly Page 1 of 3

3/25/26, 11:34 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 9, 2026 - Apr 23, 2026**



Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens
$25.99
Ships from shanxixinchuanyajianzhugongcheng
Sold by shanxixinchuanyajianzhugongcheng

1

Gift options not available

Thursday, Apr 9 - Thursday, Apr 23
$5.50 - Delivery

Place your order **Order total: $34.15**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co...
**Order total:**

# VA 2-476-708



# 032 Lueindoes

3/25/26, 11:26 AM Amazon.com: 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens ...

amazon Deliver to oO Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

shopbop LE BOP's Spring arrivals Shop now ›

Toys & Games › Puzzles › Jigsaw Puzzles





Click to see full view

## 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens

Brand: DSJFKJ
Search this page

$20.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **1000PCS**

Color: **Multi**

- **Challenging Puzzle:** This puzzle contains 500/1000 puzzle pieces and high-resolution poster.
- Premium Quality: Made of high quality wood materials, environmental protection and non-toxic. Each piece is cut well, and the multi-layer paper is not deformed, so that it can be seamlessly connected and preserved for a long time. High-definition printing provides visual enjoyment.
- Perfect Gift Choice: This strongly designed puzzle provides hours of entertainment and mental stimulation, perfect for relieving stress or relaxing alone, making it an ideal gift for family, friends, colleagues or puzzle enthusiasts.
- Education and Therapy: Puzzles can improve your logical reasoning skills, independent thinking, concentration, imagination and hand-eye coordination, while bringing you peace of mind and physical relaxation.
- Easy Assembly and Storage: The back of the puzzle has partition letters, and each puzzle piece is packaged in a sturdy box, making it easy to assemble and easy to store or give away.

› See more product details

Report an issue with this product or seller

one medical **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One

$20.99
$5.98 delivery **April 2 - 10.** Details
**May arrive after Easter.**
Deliver to oO - Chicago 60604
**Only 18 left in stock - order soon.**
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: Lueindoes
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/25/26, 11:26 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 2, 2026 - Apr 10, 2026**



1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens
$20.99
Ships from Lueindoes
Sold by Lueindoes
1
Gift options not available

Thursday, Apr 2 - Friday, Apr 10
$5.98 - Delivery

Place your order **Order total: $29.12**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
**Order total:**

# VA 2-476-708



## 033 zhongxiangshiyingwushanshangmaoyouxiangongsi

4/9/26, 5:03 PM Amazon.com: Aikeory Alcohol Vintage Poster, Sexy Pub Girl with Wine Poster, Funny Liquor Wall Art, Picture to Decor Bar, Club, Ret...



Alcohol Vintage Poster, Sexy Pub Girl with Wine Poster, Funny Liquor Wall Art, Picture to Decor Bar, Club, Retro Metal Poster Wall Art Kitchen Garden Farm Home Decoration,tin Sign 12X16 Inch

Brand: Aikeory

Search this page

$12.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Report an issue with this product or seller

$12.99

$5.99 delivery April 20 - 28. Details

Only 10 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: zhongxiangshiyingwushanshangmaoyouxiangongsi

Returns: 30-day refund/replacement

Payment: Secure transaction

Add to Auto Buy

Add to List

4/9/26, 5:00 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to oO

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

Arriving Apr 20, 2026 - Apr 28, 2026

Aikeory Alcohol Vintage Poster, Sexy Pub Girl with Wine Poster, Funny Liquor Wall Art, Picture to Decor Bar, Club, Retro Metal Poster Wall Art Kitchen Garden Farm Home Decoration,tin Sign 12X16 Inch

$12.99

Ships from zhongxiangshiyingwushanshangmaoyouxiangongsi

Sold by zhongxiangshiyingwushanshangmaoyouxiangongsi

Gift options not available

Monday, Apr 20 - Tuesday, Apr 28

$5.99 - Delivery

Place your order

Order total: $20.31

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be co
Order total:

**VA 2-476-708**



# 034 linxiuminghaibao

3/25/26, 11:10 AM Amazon.com: Funny Soviet Vintage Poster Glorious Labor Wall Decor Canvas Print Canvas Painting Poster Canvas Painting Wall ...

amazon Deliver to oO Chicago 60604 | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

shopbop LE BOP's Spring arrivals Shop now ›

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view



Funny Soviet Vintage Poster Glorious Labor Wall Decor Canvas Print Canvas Painting Poster Canvas Painting Wall Art Poster for Bedroom Living Room Decor 12x18inch(30x45cm) Unframe-Style

Brand: ToMart

Search this page

$19.80

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Size : 5 size for choice(1 inch=2.54cm)
- The poster is printed on canvas which is one kind of best material for poster. It is waterproof,moisture proof and high tensile strength.The poster has rich printing color and fine texture.
- If you need other sizes, please leave me a message. We can also customize any design, you can send pictures to us, or create pictures for you.
- Due to different display brands, the actual wall art color may be slightly different from the product image
- Perfect choice for bedroom, living room, guest room, meeting room, bathroom, dinning room, coffee bar, hallway, corridor, college dormitory, hotel, lounge, home and office decor.

› See more product details

Report an issue with this product or seller

one medical — **Pay-per-visit telehealth** Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$19.80

$4.49 delivery **April 21 - May 6**. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: linxiuminghaibao

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

**Products related to this item** Sponsored

Page 1 of 58

3/25/26, 11:11 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 21, 2026 - May 6, 2026**



Funny Soviet Vintage Poster Glorious Labor Wall Decor Canvas Print Canvas Painting Poster Canvas Painting Wall Art Poster for Bedroom Living Room Decor 12x18inch(30x45cm) Unframe-Style

**$19.80**

Ships from linxiuminghaibao

Sold by linxiuminghaibao

1

Gift options not available

**Tuesday, Apr 21 - Wednesday, May 6**

$4.49 - Delivery

Place your order **Order total: $26.32**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

**Order total:**

# VA 2-476-710



035 GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGongSi

3/25/26, 12:08 PM AkzPphqk 1pcs 200W RX24 Aluminum Power Metal Shell Case Wirewound Resistor 0.1~1K 0.15 0.2 0.5 1 2 4 6 8 10 15 20 100 1…

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

shopbop | LE BOP's Spring arrivals | Shop now

Industrial & Scientific › Industrial Electrical › Passive Components › Resistors › Fixed Resistors › Single Resistors



Click to see full view



1pcs 200W RX24 Aluminum Power Metal Shell Case Wirewound Resistor 0.1~1K 0.15 0.2 0.5 1 2 4 6 8 10 15 20 100 150 200 300 400 1K ohm(0.12R)

Brand: AkzPphqk

Search this page

$39.56

Price history

Color: 0.12r



$39.56

FREE delivery April 17 - 27. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGon…

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

‹ 1 2 3 4 5 6 7 8 ›

- Resistors
- 1pcs 200W RX24 Aluminum Power Metal Shell Case Wirewound Resistor 0.1 ~ 1K 0.15 0.2 0.5 1 2 4 6 8 10 15 20 100 150 200 300 400 1K ohm

Report an issue with this product or seller

one medical | Pay-per-visit telehealth | Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly

3/25/26, 12:09 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

Delivering to oO Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted] Change

Use a gift card, voucher, or promo code

Want to save time on your next order and go directly to this step when checking out?

☐ Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

Arriving Apr 17, 2026 - Apr 27, 2026



AkzPphqk 1pcs 200W RX24 Aluminum Power Metal Shell Case Wirewound Resistor 0.1~1K 0.15 0.2 0.5 1 2 4 6 8 10 15 20 100 150 200 300 400 1K ohm(0.12R)

$39.56

Ships from GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGongSi

Sold by GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGongSi

1

Gift options not available

Friday, Apr 17 - Monday, Apr 27

FREE Delivery

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & handling:

Estimated tax to be co

Order total:

Place your order

Order total: $43.61

By placing your order, you agree to Amazon's privacy notice and conditions of use.

VA 2-476-709



# 036 LiuYuan

09/04/2026, 17:10 Alcohol Vintage Poster, Sexy Pub Girl With Wine Poster, Funny Liquor Wall Art, Wine Wall Art,Dining Room Decor, Bedroom Art, ...




09/04/2026, 17:11 Review your order - Walmart.com

**1. Delivery, Mon, Apr 20–Sat, Apr 25**

[redacted] Edit

111 Jackson Blvd, CHICAGO IL 60604-3589, Chicago, IL 60604

**Delivery instructions**

**Gate codes or other useful information** Edit

House

**Items details** Hide details

**Arrives between Mon, Apr 20 — Sat, Apr 25** 1 item

Sold and shipped by LiuYuan

$6.99 seller delivery fee



Alcohol Vintage Poster, Sexy Pub Girl With Wine Poster, Funny Liquor Wall Art, Wine Wall Art,Dining...

**$8.99**

Remove − 1 +

**2. Payment method**

| | |
|---|---|
| **Subtotal** (1 item) | $8.99 |
| Seller delivery fee | $6.99 |
| Estimated taxes | $1.64 |
| **Estimated total** | **$17.62** |

Have a promo code?

**VA 2-476-708**



037 TXMAK



3/26/26, 4:54 PM
2d flat 1pc iron featuring a 2d flat illustration a vintage - Temu
Free shipping
Price adjustment
Within 30 days
Get the Temu App
2D Flat
NEVER UNDERESTIMATE
AN OLD WOMEN WHO LOVES SCIENCE
Local warehouse · Fastest delivery: 2 BUSINESS DAYS 2D Flat - 1pc Iron Featuring a 2D Flat Illustration of a Vintage Female Scientist, Perfect for Retro Decor. This Decorative Plaque Is Ideal for Wall Hanging And Comes with a Mount for Easy Display
$12.99 $3.05
Buy now
Ships from this seller
Safe payments · Secure privacy
Order guarantee
TXMAK
Follow
Product details
Multipurpose
Classic
Iron
Mounting Type: Wall hanging
Theme: Other Topics
Craft Effect: 2D Plane
Language Type: English
Power Supply: Use Without Electricity
Origin: Fujian,China
$3.05
Checkout
Go to cart




3/26/26, 4:55 PM
Temu | Checkout
Free shipping
Delivery guarantee
Get the Temu App
All data is safeguarded
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free returns on all items of this order
Shipping address
Change address
Oo Oo [redacted]
CHICAGO, IL 60604-3589, United States
Ships from TXMAK (1) Local Warehouse
2D Flat - 1pc Iron Featuring a 2D Flat Illustration of a Vintage Female Scientist, Perfect for Retro ...
$3.05
Payment methods
PayPal
Apple Pay
Card
Cash App Pay
Klarna
Venmo
Google Pay
PayPal Pay Later
Afterpay
Affirm
Zip
Order summary
Apply
Apply coupon code
Item(s) total:
Item(s) discount:
Subtotal:
$3.05
Shipping:
$2.99
Sales tax
Order total:




VA 2-476-707

## 038 Ornaments d

3/26/26, 4:57 PM 1pc never metal tin sign 8x12 20cm 30cm - Temu




3/26/26, 4:58 PM Temu | Checkout






039 Aishang Talent Studio

3/26/26, 5:00 PM 2d flat metal tin sign female scientists a scientist not a - Temu




3/26/26, 5:01 PM Temu | Checkout






## 040 UYHRI







VA 2-476-703



041 Journey S









042 YURYURXIAOJIE







VA 2-476-703



043 UnlimitedBWC







VA 2-476-703



044 LONG YE SHOP







VA 2-476-703



# 045 Colorful Art Canvas Poster







VA 2-476-703



046 yiwanlin









# 047 Hiphop Shopping







VA 2-476-703



# 048 CLXLPH

06/04/2026, 21:10 2d flat 1pc vintage 1950 salon barber shop metal - Temu




06/04/2026, 21:11 Temu | Checkout




VA 2-476-703



049 funny tin sign









050 hgxhfhg


06/04/2026, 21:00
Room Decor 1pc Vintage Barber Shop Tin Sign, "Just A Girl Who Loves Making Others Feel Awesome" Metal Wall Art, Retro Hair ...
SHEIN
JUST A GIRL
WHO LOVES MAKING
OTHERS FEEL AWESOME
$5.40
Size
ADD TO CART
Other Sellers On SHEIN
$2.49
$2.49
$2.49
Shipping to Chicago, ILLINOIS, United States
30-Day Free Returns
Shopping Security
Description


06/04/2026, 21:01
Women's & Men's Clothing, Shop Online Fashion | SHEIN
SHEIN
Secure Checkout
Free return · $5 Credits if Late · No Hidden Fees
Cart > Place Order > Pay > Order Complete
Shipping Address
Change >
Oo Oo [redacted]
111 W Jackson Blvd
Chicago ILLINOIS United States 60604-3589
Edit Address
Ship from hgxhfhg(1)
$5.40
STANDARD SHIPPING: $2.99
Payment Method
PayPal
Credit/Debit Card
Apple Pay
Cash App Pay (Pay Now)
Venmo
Google Pay
Order Summary
Retail Price:
$5.90
Shipping Fee:
$2.99
Order Total:
$9.25
Reward 5 Points
Coupon Code
Gift Card


VA 2-476-703

## 051 TODRCraft







