EXHIBIT 1

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 1 | jiangxishengwuyuenong zhuang | Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch |   | VA 2-476-707  |
| 2 | 湖户权家电 | Vintage Aluminum Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro… |   | VA 2-476-707  |
| 3 | ZhengDuoJiChuGongC heng | Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor 8x12 Inch |   | VA 2-476-707  |
| 4 | xiaoweiss | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho… |   | VA 2-476-707  |
| 5 | yuyuuu | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho… |   | VA 2-476-707  |
| 6 | lixinxianyuanshengzhon gzhijiating | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho… |   | VA 2-476-707  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 7 | dingyuanxianshunyongzhongyangzhijiatingnongchang | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho… |  |  |
| 8 | Jebiion | Never Underestimate an Old Women Loves Science Metal Sign 12×8 Inches - Rust Free Aluminum, Weather Resis… |  |  |
| 9 | caiyangyang44 | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho… |  |  |
| 10 | Guelineok | 8″x12″ Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor |  |  |
| 11 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi | 12″x16″ Vintage Never Underestimate an Old Women Science Poster Metal Aluminium Tin Sign Wall Decor |  |  |
| 12 | Toeiyuen | Vintage Tin Sign Metal Plaque Never Underestimate an Old Women Science Metal Sign Iron Painting Retro Wall D… |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 13 | 珲帆户外 | Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for Home Ho… |   | VA 2-476-707  |
| 14 | taihexianbaochuanming nongyejiating | Wourfswqt Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for… |   | VA 2-476-707  |
| 15 | guangxiyaotiannongyet ouziyouxiangongsi | Wourfswqt Vintage Metal Tin Sign Plaque Never Underestimate an Old Women Loves Science Wall Decor Poster for… |   | VA 2-476-707  |
| 16 | guoruikai33 | 1000 Piece Wooden Puzzle for Adults Black Pug Your are My Life Cute Wall D ´cor Gift for Dog Owner Jigsaw Puzzl… |   | VA 2-476-707  |
| 17 | 杨睢障电子商务 | LSGX Aluminium Metal Tin Sign Wall Decor Female Scientist Girl Women Power Science Lab In A World Full Of Pri… |   | VA 2-476-707  |
| 18 | yichengmingliangjianzh ugongchengyouxiangon gsi | Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Deco… |   | VA 2-476-703  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 19 | TaoJiLai-SHOP | Interesting Metal Sign I Take Baths Hard To Drink Wine In Shower Poster Wall Art For Room Home Coffee Bar Deco… |   | VA 2-476-703  |
| 20 | The MILL Market | Vintage metal sign “Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Pos… |   | VA 2-476-703  |
| 21 | WangKangJun-SHOP | Vintage metal sign “Vintage Just A Girl Loves Making Others Feel Awesome Decorative Sign Aluminum Wall Art Poste… |   | VA 2-476-703  |
| 22 | Turbo Steel Structure | Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster… |   | VA 2-476-703  |
| 23 | HuangQiYuanFuZhuangJiaGongChang | Rustic Tin Signs Hairdresser Hair Stylist Barber Poster Just A Girl Who Loves Making Others Feel Awesome Poster… |   | VA 2-476-703  |
| 24 | xiangfangfang23 | Hairdresser She Works Willingly with Her Hands Retro Metal Sign Vintage Aluminum Tin Sign for Kitchen Home Cof… |   | VA 2-476-703  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 25 | JunTaLvYouDian | Metal Poster Plaque Vintage Metal Tin Sign Hairdresser She Works Willingly with Her Hands Sign Funny Novelty Kit… |   | VA 2-476-703  |
| 26 | neimengguhengjiangshangmaoyouxiangongsi | Just A Girl Who Loves Making Others Feel Awesome Barber Wall Decor Retro Metal Sign Poster for Garage Man C… |   | VA 2-476-703  |
| 27 | tianzhenxianruiminliangyoujiagongyouxiangongsi | Just A Girl Who Loves Making Others Feel Awesome Vintage Metal Sign, Poster Home Wall Decor, For Bedroom, … |   | VA 2-476-703  |
| 28 | shanxichenyuanmaoyiyouxiangongsi12 | HSFHXY Just A Girl Who Loves Making Others Feel Awesome Barber 8x12 Inch Aluminum Metal Tin Signs Funny… |   | VA 2-476-703  |
| 29 | SummitMist | TIUUOK Vintage Signs Poster Inspirational Metal Wall Art Just A Girl Who Loves Making Others Feel Awesome Bar… |   | VA 2-476-703  |
| 30 | 宠菡百货 | Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game… |  | VA 2-476-708  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 31 | shanxixinchuanyajianzhugongcheng | Jigsaw Wooden Puzzle 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game… |  | VA 2-476-708  |
| 32 | Lueindoes | 1000 Pieces Jigsaw Puzzles for Adults - Olde America - Puzzle Game-Large Puzzle Game Artwork for Adults Teens… |  | VA 2-476-708  |
| 33 | zhongxiangshiyingwushanshangmaoyouxiangongsi | Aikeory Alcohol Vintage Poster, Sexy Pub Girl with Wine Poster, Funny Liquor Wall Art, Picture to Decor Bar, Club, Ret… |  | VA 2-476-708  |
| 34 | linxiuminghaibao | Funny Soviet Vintage Poster Glorious Labor Wall Decor Canvas Print Canvas Painting Poster Canvas Painting Wall… |  | VA 2-476-710  |
| 35 | GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGongSi | AkzPphak 1pcs 200W RX24 Aluminum Power Metal Shell Case Wirewound Resistor 0.1~1K 0.15 0.2 0.5 1 2 4 6 8 10 15 20 100 1… |  | VA 2-476-709  |
| 36 | LiuYuan | Alcohol Vintage Poster, Sexy Pub Girl With Wine Poster, Funny Liquor Wall Art, Wine Wall Art,Dining Room Decor, Bedroom Art, … |  | VA 2-476-708  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 37 | TXMAK | 2d flat 1pc iron featuring a 2d flat illustration a vintage |  | VA 2-476-707  |
| 38 | Ornaments d | 1pc never metal tin sign 8x12 20cm 30cm |  | VA 2-476-707  |
| 39 | Aishang Talent Studio | 2d flat metal tin sign female scientists a scientist not a |  | VA 2-476-707  |
| 40 | UYHRI | 2d flat 2d flat 1pc wall hanging iron plaque a girl |  | VA 2-476-703  |
| 41 | Journey S | shop metal wall art sign 8 x12 retro wall |  | VA 2-476-703  |
| 42 | YURYURXIAOJIE | 2d flat room decor 1pc shop tin sign a girl |  | VA 2-476-703  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 43 | UnlimitedBWC | 2d flat, single piece, retro metal sign (12x8 Inches/30x20cm), hairdresser girl metal sign, vintage plaque wall art, outdoor wall decor |  | VA 2-476-703  |
| 44 | LONG YE SHOP | 2d flat 1pc vintage metal tin sign 12x8 inches 30x20cm |  | VA 2-476-703  |
| 45 | Colorful Art Canvas Poster | 2d flat 2d flat a vintage hair salon canvas wall art |  | VA 2-476-703  |
| 46 | yiwanlin | 2d flat 2d flat vintage posters hair salons |  | VA 2-476-703  |
| 47 | Hiphop Shopping | 2d flat 1pc 2d flat a girl hair stylist metal sign featuring |  | VA 2-476-703  |
| 48 | CLXLPH | 2d flat 1pc vintage 1950 salon barber shop metal |  | VA 2-476-703  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image |
|---|---|---|---|---|
| 49 | funny tin sign | Metal Tin Signs Hairdresser She Works Willingly With Her Hands Proverbs Tin Signs Vintage Art Wall Decor Sign Home Kitchen B… |  |  |
| 50 | hgxhfhg | Room Decor 1pc Vintage Barber Shop Tin Sign, “Just A Girl Who Loves Making Others Feel Awesome” Metal Wall Art, Retro Hair… |  |  |
| 51 | TODRCraft | 1pc Room Decor Vintage Barber Shop Tin Sign, “Just A Girl Who Loves Making Others Feel Awesome” - Metal Wall Art - Retro Hai… |  |  |